**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1470**

T.O., a minor, by and through his mother, Katrina Hayes; KATRINA HAYES,

    Plaintiffs - Appellants,

    v.

CUMBERLAND COUNTY BOARD OF EDUCATION; FRANK TILL, Cumberland County Schools; SUSAN WILLIAMS, Cumberland County Board of Education; JUDGE SELINA M. BROOKS,

    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:16-cv-00853-FL)

Submitted:  August 24, 2017                      Decided:  August 28, 2017

Before GREGORY, Chief Judge, and SHEDD and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

T.O.; Katrina Hayes, Appellants Pro Se. James G. Middlebrooks, MIDDLEBROOKS LAW PLLC, Charlotte, North Carolina; Judith Maria Estevez, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

T.O., a minor, by and through his mother, and Katrina Hayes, appeal the district court's order granting the Defendants' motions to dismiss T.O. and Hayes' civil action related to the minor child's education. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *T.O. v. Cumberland Cty. Bd. of Educ.*, No. 5:16-cv-00853-FL (E.D.N.C. Mar. 13, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*